UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

John Doe

                              Plaintiff,

v.                                          Case No.: 1:21−cv−06222

                                         Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 14, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Artificial or legal entities cannot represent themselves pro se. It appears Xu Deren is a person attempting to represent defendant Zozoplay pro se. By March 21, 2022, "Xu Deren d/b/a Zozoplayquot; is to file with the Court an explanation as to whether Zozoplay is a legal entity and if so, what kind. Additionally, the Court notes that Zozoplay's pro se motion to dismiss, R. [37], appears to have been prepared by a person with legal training. The Court reminds the defendant that if an attorney is preparing the filings, they must file an appearance and have their name placed on any filings that have been prepared. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.