FILED
3/21/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AK

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VIAHART LLC., | ) |
| | ) |
| Plaintiffs, | ) Case No. 21-cv-6222 |
| | ) |
| v. | ) |
| | ) Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT XU DEREN'S RESPONSE TO THE COURT ORDER [ECF 38]**

Defendant Xu Deren (d/b/a ZoZoplay on Amazon) ("Ms. Deren"), in response to the Court's minute order [ECF 38] respectfully states as follows:

**PREAMBLE**

Ms. Deren is a natural person living in China that has registered an Amazon shop that markets products on-line under the name ZoZoplay. *See* Xu Deren Decl. [37] at ¶ 2. The Amazon Shop ZoZoplay is a sole proprietorship business with its sole proprietor being Ms. Deren. *See* Xu Deren Decl. [37] at ¶ 3. Article 2 of the Sole Proprietorship Enterprise Law of the People's Republic of China, states, "a sole proprietorship enterprise means a business entity established within China with its capital contributed by one individual and its assets owned personally by the sole proprietor, who assumes unlimited liability to the extent of his personal assets."

**ARGUMENT**

Courts in other jurisdictions have explicitly recognized that a sole proprietorship is not a separate entity from its owners. *See, e.g., West Bend Mut. Ins. Co. v. Allstate Ins. Co.,* 776 N.W.2d 693, 706 (Minn. 2009) ("[U]nlike a sole proprietorship, a corporation is a separate legal entity from its owners and shareholders."); *Kenville v. United States,* 1997 WL1037853, at *4 (D.N.D. Nov. 6,1997) ("[S]ole proprietorships are not considered separate legal entities from the

owner"); *Bethel v. Sunlight Janitor* 551 S.W.2d 616, 621 (Mo. 1977) (enbanc) ("[s]ole proprietors... are not separate and distinct from the business they own."); *see also Geneva College v. Sebelius,* 929 F.Supp.2d 402, 429(W.D.Pa.2013) (explaining that "there [was] no legal separation between [the sole proprietorship] and its owner," that the sole proprietorship's "claims are actually [the owner's] claims," and the owner could "assert in his own name the claims asserted by [the sole proprietorship]" (citing 1 William Meade Fletcher, Fletcher Cyclopedia of the Law of Corporations § 23 (2012))).

Courts in other jurisdictions in which sole proprietorships are viewed as having no independent legal existence have allowed sole proprietorships to proceed *pro se*. *See, e.g., Hudson Valley Black Press v. Internal Revenue Serv.,* 307 F.Supp.2d 543, 544 and n. 2 (S.D.N.Y. 2004) (noting that plaintiff, a sole proprietorship, may appear *pro se* in federal court); *Lowery v. Hoffman,* 188 F.R.D. 651, 653-54 (M.D.Ala. 1999) ("An individual owner may in general represent a sole proprietorship, for a sole proprietorship and its owner are essentially one and the same."); *see also RZS Holdings AVV v. PDVSA Petroleo S.A.,* 506 F.3d 350, 354 n. 4 (4th Cir. 2007) (recognizing that a sole proprietorship may litigate *pro se* because it has no legal identity separate from the proprietor); *Lattanzio v. COMTA*, 481 F.3d 137,140 (2d Cir. 2007) (same).

## CONCLUSION

Based on the foregoing, and per the provisions of 28 U.S.C. § 1654, Ms. Deren may proceed pro se.

DATED this 21st day of March, 2022.

                                                          /s/ *Xu Deren*
                                              Xu Deren d/b/a ZoZoplay

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 21st day of March 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the parties.

/s/ *Xu Deren*
_____
Xu Deren d/b/a ZoZoplay

## **DECLARATION OF XU DEREN**

I, XU DEREN, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge, information and belief.

1. I am a citizen of the People's Republic of China and I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the foregoing Declaration is based on my best personal knowledge.

2. I am not represented by an attorney, and no attorney has made an appearance for me in this case.

3. I declare that I have personally prepared and read the foregoing DEFENDANT XU DEREN'S RESPONSE TO THE COURT ORDER [ECF 38] and DEFENDANT XU DEREN'S MOTION TO DISMISS THE COMPLAINT AND INCORPORATED MEMORANDUM OF LAW [ECF 37] and know the contents thereof.

4. I declare that the information stated therein is either true of my own knowledge or is based on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief and was signed by me on the date below.

Respectfully submitted this 21st day of March 2022.

                                                     /s/ *Xu Deren*
                                          Xu Deren d/b/a ZoZoplay