UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Doe

                Plaintiff,

v.

                Case No.: 1:21−cv−06222

                Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 4, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: On March 11, 2022, non−attorney Xu Deren filed a motion to dismiss claims against defendant ZoZoplay, an Amazon shop. R. [37]. The Court ordered Deren to file an explanation as to whether ZoZoplay is a legal entity. R. [38]. On March 21, 2022, Deren filed her response, alleging she is the sole proprietor of ZoZoplay. R. [42]. According to her response, Chinese sole proprietorship law imposes personal liability on the sole proprietor. The Court finds Deren's affidavit is sufficient, and ZoZoplay is akin to a sole proprietorship in the United States because Deren is personally liable for its liabilities and debts. Moreover, it is well settled that the proprietor of a sole proprietorship may proceed pro se on behalf of the sole proprietorship when it is sued under its tradename. See United States v. Hagerman, 545 F.3d 579, 581 (7th Cir. 2008) ("A sole proprietorship may litigate pro se, because it has no legal identity separate from the proprietor himself."). Because ZoZoplay's legal status is a sole proprietorship, it has no separate legal identity from Deren, and ZoZoplay can proceed in this case through Deren pro se. Plaintiff should respond to Deren's motion to dismiss by June 2, 2022. Deren may file a reply brief by June 17, 2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.